**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

| | | |
|---|---|---|
| In re: BRIAN M. HITZTALER | § | Case No. 11-83926 |
| LYNN M. HITZTALER | § | |
| | § | |
| Debtors | § | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/06/2011.

2) The plan was confirmed on 11/23/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/06/2012.

5) The case was converted on 04/26/2012.

6) Number of months from filing or conversion to last payment: 3.

7) Number of months case was pending: 8.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $22,301.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have NOT cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 1,890.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| NET RECEIPTS | | $ 1,890.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 1,782.28 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 107.72 | |
| Other | $ 0.00 | |
| TOTAL EXPENSES OF ADMINISTRATION | | $ 1,890.00 |
| Attorney fees paid and disclosed by debtor: | $ 500.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| JONES & HART LAW OFFICES | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 1,782.28 | 0.00 |
| BANK OF AMERICA N.A. | Sec | 18,000.00 | 20,243.78 | 20,243.78 | 0.00 | 0.00 |
| PNC BANK | Uns | 18,000.00 | 18,748.50 | 18,748.50 | 0.00 | 0.00 |
| BETH WARNOCK | Pri | 12,000.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Pri | 100.00 | NA | NA | 0.00 | 0.00 |
| ACL LABORATORIES | Uns | 288.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 1,353.00 | 1,341.31 | 1,341.31 | 0.00 | 0.00 |
| CAPITAL ONE | Uns | 1,898.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Uns | 1,917.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HOSPITAL - MCHENRY | Uns | 98.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HOSPITAL - | Uns | 259.00 | NA | NA | 0.00 | 0.00 |
| CHASE CARDMEMBER SERVICE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT, | Uns | 7,200.00 | 3,631.08 | 3,631.08 | 0.00 | 0.00 |
| COMCAST | Uns | 512.00 | NA | NA | 0.00 | 0.00 |
| COMED | Uns | 762.00 | NA | NA | 0.00 | 0.00 |
| HARRIS BANK | Uns | 2,043.00 | NA | NA | 0.00 | 0.00 |
| BMO-HARRIS BANK NA | Uns | 992.00 | 2,528.44 | 2,528.44 | 0.00 | 0.00 |
| HARRIS NA | Uns | 2,528.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| IL DEPT OF HEALTHCARE / FAMILY | Uns | 4,874.00 | NA | NA | 0.00 | 0.00 |
| JUST ENERGY | Uns | 448.00 | NA | NA | 0.00 | 0.00 |
| LABCORP | Uns | 6.00 | NA | NA | 0.00 | 0.00 |
| MCHENRY RADIOLOGY & IMAGING | Uns | 3.00 | NA | NA | 0.00 | 0.00 |
| MEDCO HEALTH SOLUTIONS | Uns | 10.00 | NA | NA | 0.00 | 0.00 |
| MERCY HEALTH SYSTEM | Uns | 293.00 | NA | NA | 0.00 | 0.00 |
| MORAINE EMERGENCY | Uns | 30.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN LAKE FOREST | Uns | 27.00 | NA | NA | 0.00 | 0.00 |
| PNC BANK | Uns | 160.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Uns | 366.00 | NA | NA | 0.00 | 0.00 |
| WASHINGTON MUTUAL CARD | Uns | 3,636.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 20,243.78 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 20,243.78 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 26,249.33 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ 1,890.00 | |
| Disbursements to Creditors | $ 0.00 | |
| **TOTAL DISBURSEMENTS:** | | $ 1,890.00 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date: 05/22/2012 By: /s/ Lydia S. Meyer
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.